1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE L. WAWRZYNIAK (CABN 252751)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7317
7      FAX: (415) 436-7234
       katherine.wawrzyniak@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          )   No. CR 16-0109 RS
14                                     )
          Plaintiff,                   )   STIPULATION AND [PROPOSED]
15                                     )   ORDER CONTINUING REVOCATION OF
       v.                             )   SUPERVISED RELEASE HEARING
16                                     )
   CHRISTOPHER DANIEL SALIBA,          )
17                                     )
          Defendant.                   )
18  _____)

19                      **STIPULATION**

20         A revocation hearing regarding defendant's supervised release is currently set for Tuesday,

21  October 3, 2017, at 2:30 p.m.  Defense counsel Candis Mitchell has informed the undersigned Assistant

22  United States Attorney that she is unavailable because she is currently serving on a jury.  In addition, on

23  September 27, 2017, the County of San Francisco filed several felony charges against defendant, which

24  will complicate resolution of the federal supervised release violation.

25  //

26  //

27  //

28

1   Accordingly, the parties hereby request that the hearing be continued until Tuesday, October 17,

2   2017, at 2:30 p.m.  The requested continuance will ensure that defendant has continuity of counsel and

3   that his counsel is adequately prepared for the hearing.

4   IT SO STIPULATED.

5   DATED: October 2, 2017                     BRIAN J. STRETCH
                                               United States Attorney
6

7                                              _____/s/_____
                                               KATHERINE L. WAWRZYNIAK
8                                              Assistant United States Attorney

9   DATED: October 2, 2017                     _____/s/_____
10                                             CANDIS L. MITCHELL
                                               Counsel for Defendant Christopher Saliba
11

12                              [~~PROPOSED~~] ORDER

13   Based on the parties' stipulation and for good cause shown, the October 3, 2017, revocation

14   hearing in the above-captioned matter is hereby continued to Tuesday, October 17, 2017, at 2:30 p.m.

15   IT IS SO ORDERED.

16

17

18   DATED:  __10/2/17_____       _____
19                                             HONORABLE RICHARD SEEBORG
                                               United States District Judge
20

21

22

23

24

25

26

27

28